Attorney(s) gabriel A Levy PC
Index # **1:20-CV-04745-AMD-CLP**
Purchased/Filed: October 6, 2020
State of New York
Court: U. S. District
County: Eastern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Carlos Ruiz Florez

Plaintiff(s)

against

Mister Cangrejo NY Corp et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**
Approx. Age: 55 Yrs.
Weight: 120 Lbs.  Height: 5' 0"  Sex: Female  Color of skin: White
Hair color: Blonde  Other:

_Robert Guyette_, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on October 22, 2020, at 12:30 PM, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**Summons in A Civil Action & Complaint, Rules of Magistrate Judge Cheryl L. Pollak**

on

**79-05/07/09 Jackson Heights Property LLC**

the Defendant in this action, by delivering to and leaving with  Sue Zouky
AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section LIMITED LIABILITY COMPANY LAW §303.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

22nd day of October 2020

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

Robert Guyette
Invoice·Work Order # **2032541**
Attorney File # **2023176**